UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **CENTER FOR INDIVIDUAL FREEDOM, INC.,** ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 1:08-00190 |
| **NATALIE E. TENNANT**, *et al.*, ) ) | |
| Defendants. ) ) | |

NOTICE OF NEWLY DISCOVERED AUTHORITY
SUPPORTING THE CENTER'S RESPONSE
TO THE STATE DEFENDANTS' MOTION TO FILE NEW EXHIBIT

The Center for Individual Freedom respectfully gives notice of newly discovered authority, *Harrell v. Florida Bar*, No. 09-11910, 2010 WL 2403344 (11th Cir. June 17, 2010), relevant to Defendants' assertion that a recent resolution by the West Virginia State Election Commission that it did not intend to "investigate or enforce those provisions . . . that have been repealed, deleted, or effectively repealed by the passage of House Bill 4647" establishes mootness. The lengthy *Harrell* opinion is readily available on Westlaw, Pacer, and other Internet sources. Accordingly, only Section IV of the opinion is attached. Quotations below are from that section.

Lawyer Harrell sued the Florida Bar asserting, among other things, that he was constitutionally entitled to use the phrase "Don't settle for less than you deserve" in advertising his law firm. While suit was pending, the Bar voted to declare the slogan to be permissible and then asserted that aspect of the case was moot. The district court agreed, but the court of appeals reversed.

The court of appeals recognized a "rebuttable presumption" that "unambiguous termination" by "governmental actors" may establish mootness, but ruled that the "timing and content" of the action are important. *Id.* at *19-20. A governmental "cessation that occurs late in the game will make a court more skeptical of voluntary changes." *Id.* at *20 (internal quotations omitted). Skepticism is enhanced if the action is either "clandestine or irregular." *Id.* It is further enhanced if there is no "well-reasoned justification for the cessation as evidence that the ceasing party intents to hold steady in its revised (and presumably unobjectionable) course." *Id.*

The Florida Bar had acted after suit was filed; its vote occurred "behind closed doors and, notably, fail[ed] to disclose any basis for its decision." *Id.* at *21. The Board procedures did not clearly authorize the declaration. *Id.* Accordingly, it was not "*absolutely clear*" that the allegedly wrongful behavior could not reasonably be expected to recur and the issue was not moot. *Id.* at *22 (emphasis in original).

The Center for Individual Freedom requests that the new decision be taken into consideration in connection with its "Response of the Center for Individual Freedom to the State Defendants' Motion to File New Exhibit to Their 'Motion' to Dismiss As Moot" (Dkt. 202), which advanced similar arguments with respect to the resolution of the West Virginia State Election Commission.

July 15, 2010                                Respectfully submitted,

                                              ROBINSON & MCELWEE PLLC

*/s/  William C. Porth*
William C. Porth
West Virginia State Bar Id. No. 2943
400 Fifth Third Center
700 Virginia St., East
P.O. Box 1791
Charleston, WV  25301
(304) 344-5800

Jan Witold Baran
Thomas W. Kirby
WILEY REIN LLP
1776 K Street, NW
Washington, DC  20006
(202) 719-7000

*Attorneys for Plaintiff Center for Individual Freedom*

## CERTIFICATE OF SERVICE

I certify that on July 15, 2010, I electronically filed the foregoing "NOTICE OF NEWLY DISCOVERED AUTHORITY SUPPORTING THE CENTER'S RESPONSE TO THE STATE DEFENDANTS' MOTION TO FILE NEW EXHIBIT" using the CM/ECF system, which will notify the following CM/ECF participants:

Thomas W. Smith
Silas B. Taylor
MANAGING DEPUTY
ATTORNEYS GENERAL
State Capitol Complex
Building 1, Room E-26
Charleston, W. Va. 25305

Anthony Majestro
J.C. Powell
POWELL & MAJESTRO, P.L.L.C.
405 Capitol Street, Suite P-1200
Charleston, W. Va. 2530l

Joseph Jenkins
Judith Thomas
Nicholas Preservati
PRESERVATI LAW OFFICES
Post Office Box 1431
Charleston, W. Va. 25325

Patrick Maroney
MARONEY, WILLIAMS, WEAVER & PANCAKE
608 Virginia Street, East
Charleston, W. Va. 25301

Kathy Brown
Teresa Toriseva
WEXLER, TORISEVA & WALLACE
1446 National Road
Wheeling, W. Va. 26003

Shirley J. Stanton
STANTON LAW FIRM
Post Office Box 968
Fairmont, W. Va. 26555
Telephone: (304) 367-0219
Local Counsel for Plaintiffs

James Bopp, Jr.
Randy Elf
Kaylan Lytle Phillips
Joseph A. Vanderhulst
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, Ind. 47803

Stephen Pershing
CENTER FOR CONSTITUTIONAL LITIGATION
Suite 520
777 6th Street, N. W.
Washington, D. C. 20001

I also certify that I have mailed the document by United States Postal Service to the following non-CM/ECF participant:

Robbin Stewart
Post Office Box 29164
Cumberland, Ind. 46229

　　　　　　　　　　　　　　　　　　　　　_/s/ W. Bradley Sorrells_____
　　　　　　　　　　　　　　　　　　　　　W. Bradley Sorrells
　　　　　　　　　　　　　　　　　　　　　ROBINSON & McELWEE PLLC