# Darrell McGraw's Office Slush Fund[1]




Paid for by The Center for Individual Freedom.
Not authorized by any candidate or committee.

## Pouring Millions of The People's Money Down the Drain.

CIFD8-04

**The Center for Individual Freedom**
113 South Columbus St., Suite 310
Alexandria, VA 22314

Nonprofit Org.
U.S. Postage
PAID
The Center For
Individual Freedom

**EXHIBIT O**

# Darrell McGraw's Office Slush Fund[1]



Darrell McGraw

## Darrell McGraw: Pouring the People's Money Down the Drain

Darrell McGraw does as he pleases with the people's money. In fact, he's often been accused of using settlement money as an office slush fund[1] that he uses to reward his campaign-contributing trial-lawyer friends and fund his own pet projects.[2]
Over the years, McGraw could have turned over millions to the groups who needed it the most. Instead, he chose to spend the people's money on:

- $1.5 million on advertising to promote himself[3,4]
- $141,815 on custom Darrell McGraw pens and pillboxes[5]
- $32,000 on a fleet of vans with Darrell McGraw paintjobs[6]
- $15,280 on 160,000 refrigerator magnets to promote the McGraw name[7]

## Circumventing the Law: How McGraw Keeps Money for His Office

In 1998, Darrell McGraw's attempts to keep money for his office caught the attention of the state legislative auditor. An audit was conducted and found that:

- Darrell McGraw's office tried to circumvent the law[8]
- McGraw's office withheld nearly half a million in settlement money from the state.[5]
- McGraw structured a huge settlement plan so his office, rather than the state, would control the cash.[9]
- McGraw's office squandered thousands of taxpayer dollars by not charging interest on structured payments.[9]

[1]Charleston Gazette 03/25/08
[2]Charleston Daily Mail 05/14/08
[3]Charleston Daily Mail 01/10/06
[4]Charleston Daily Mail 03/05/04
[5]The Associated Press 11/26/05
[6]The Associated Press 02/09/00
[7]Charleston Daily Mail 09/04/03
[8]The Associated Press 01/07/02
[9]The Associated Press 01/15/02

**West Virginia taxpayers are struggling. So why should Darrell McGraw get to spend millions of the people's money on his buddies and trinkets?**

**Call Darrell McGraw at 1-800-368-88**

**Tell him to give the people's money back.**

EXHIBIT O