IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

CENTER FOR INDIVIDUAL
FREEDOM, INC.,

    Plaintiffs,

v.

WEST VIRGINIANS FOR LIFE, INC.
and ZANE LAWHORN,

    Consolidated Plaintiffs,

v.                                             Civil Action No. 1:08-cv-00190 (Lead)
                                            Civil Action No. 1:08-cv-01133
                                            Honorable Thomas E. Johnston

NATALIE E. TENNANT,
West Virginia Secretary of State,
TIMOTHY D. BOGGESS,
Mercer County Prosecuting Attorney,
and GARY A. COLLIAS,
WILLIAM N. RENZELLI,
ROBERT RUPP, and
CINDY SMITH, in their official
capacities as members of the West
Virginia State Election Commission,

    Defendants.

**DEFENDANT TIMOTHY D. BOGGESS'S MOTION TO ADOPT**

    COMES NOW, Defendant, Timothy D. Boggess ("Mr. Boggess"), by counsel, Preservati Law Offices, PLLC, and for his Motion to Adopt, states as follows:

    1.    Defendants Natalie Tennant and the West Virginia State Election Commission members have filed a Memorandum in Response to Plaintiffs' Second (or Renewed) Motions for Summary Judgment [Doc. 216].

2. In order to preserve judicial resources and avoid duplication, Mr. Boggess hereby moves this Court to allow it to adopt said Defendants' Memorandum in Response.

WHEREFORE, Mr. Boggess respectfully requests this Honorable Court to grant the relief sought herein and such other relief the Court deems appropriate.

          Respectfully submitted,

          TIMOTHY D. BOGGESS,
          By Counsel,

s/ Joseph L. Jenkins
Nicholas S. Preservati (W.Va. Bar #8050)
Joseph L. Jenkins (W.Va. Bar #9680)
Preservati Law Offices, PLLC
Post Office Box 1431
Charleston, West Virginia 25325
304.346.1431
304.346.1744 *facsimile*
*Counsel for Defendant Timothy D. Boggess*

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

**CENTER FOR INDIVIDUAL**
**FREEDOM, INC.,**

      **Plaintiffs,**

v.

**WEST VIRGINIANS FOR LIFE, INC.**
**and ZANE LAWHORN,**

      **Consolidated Plaintiffs,**

v.                                 Civil Action No. 1:08-cv-00190 (Lead)
                                       Civil Action No. 1:08-cv-01133
                                       Honorable Thomas E. Johnston

**NATALIE E. TENNANT,**
West Virginia Secretary of State,
**TIMOTHY D. BOGGESS,**
Mercer County Prosecuting Attorney,
and **GARY A. COLLIAS,**
**WILLIAM N. RENZELLI,**
**ROBERT RUPP,** and
**CINDY SMITH,** in their official
capacities as members of the West
Virginia State Election Commission,

      **Defendants.**

## CERTIFICATE OF SERVICE

     I, Joseph L. Jenkins, do hereby certify that on October 22, 2010, I have served a true and exact copy of the foregoing **Defendant Timothy D. Boggess's Motion to Adopt**, upon all counsel of record by filing with the Court using CM/ECF which will send notification of such filing to the following CM/ECF participants:

| | |
|---|---|
| William C. Porth, Esq.<br>Email: wcp@ramlaw.com | Patrick K. Maroney, Esq.<br>Email: pmaroney@mwwplaw.com |
| Thomas W. Kirby, Esq.<br>Email: tkirby@wileyrein.com | Silas B. Taylor, Esq.<br>Email: silastaylor@wvago.gov |
| James Bopp , Jr., Esq.<br>Email: JBoppJr@aol.com | Teresa C. Toriseva<br>Email: asb@torisevalaw.com |
| Shirley J. Stanton, Esq.<br>Email: gstanton@ma.rr.com | |

And on the same date, by U.S. mail, postage prepaid, to the following non-CM/ECF participants:

Robbin Stewart
P. O. Box 29164
Cumberland, IN 46229-0164


s/ Joseph L. Jenkins
Nicholas S. Preservati (W.Va. Bar #8050)
Joseph L. Jenkins (W.Va. Bar #9680)
Preservati Law Offices, PLLC
Post Office Box 1431
Charleston, West Virginia 25325
304.346.1431
304.346.1744 *facsimile*
*Counsel for Defendant Timothy D. Boggess*