# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 2/11/2011                                                                                     Case Number 1:08-cv-190
Case Style: Center for Individual Freedom vs. Natalie Tennant et al.
Type of hearing Motion Hearing
Before the honorable: 2515-Johnston
Court Reporter Ayme Cochran                                                       Courtroom Deputy Staci Wilson
Attorney(s) for the Plaintiff or Government Randy Elf, Thomas Kirby, William Porth, and Andrew Woodson


Attorney(s) for the Defendant(s) Silas Taylor


Law Clerk Matt Farley                                                                          Probation Officer N/A

## Trial Time


## Non-Trial Time

Motions hearing (without evidence). Type:


## Court Time

1:33 pm    to 2:59 pm
3:18 pm    to 4:20 pm
Total Court Time: 2 Hours 28 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start:  1:30 p.m.
Actual Start:  1:33 p.m.

Court addresses summary judgment motions [Dockets 209 and 210].

Court recessed:  2:59 p.m.
Court reconvened:  3:18 p.m.

Court continues to address summary judgment motions.

Court recessed:  4:20 p.m.