# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## BLUEFIELD DIVISION

CENTER FOR INDIVIDUAL FREEDOM, INC.,

          Plaintiff,

v.                                                              CIVIL ACTION NO. 1:08-cv-00190

NATALIE TENNANT, et al.,

          Defendants,


WEST VIRGINIANS FOR LIFE, INC.,
and ZANE LAWHORN,

          Plaintiffs,

v.                                                              CIVIL ACTION NO. 1:08-cv-01133

NATALIE TENNANT, et al.,

          Defendants.

## JUDGMENT ORDER

In accordance with the memorandum opinion and order entered this day, the Court **GRANTS IN PART** and **DENIES IN PART** WVFL's Second Motion for Summary Judgment [Docket 209] and CFIF's Renewed Motion for Summary Judgment [Docket 210].

**IT IS SO ORDERED.**

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                                      ENTER:        July 18, 2011

                                      THOMAS E. JOHNSTON
                                      UNITED STATES DISTRICT JUDGE