UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| CENTER FOR INDIVIDUAL FREEDOM, INC., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Civil Action No. 1:08-cv-00190 |
| NATALIE E. TENNANT, *et al.*, | ) ) |
| Defendants; | ) ) ) |
| WEST VIRGINIANS FOR LIFE, INC., *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 1:08-cv-01133 ) |
| NATALIE E. TENNANT, *et al.*, | ) ) |
| Defendants. | ) ) |

## STIPULATION TO DISMISS UNRESOLVED CLAIM
## AND SET DATE FOR FEE APPLICATIONS

In the interests of judicial economy, the parties hereby stipulate to the dismissal <u>without prejudice</u> of the claim of vagueness in the targeting provision of W. Va. Code § 3-8-1a(24), as to which summary judgment is denied at page 57 of the Court's July 18, 2011, Memorandum Opinion and Summary Judgment Order. (Dkt. No. 233.) That is the only claim not resolved by the July 18, 2011, ruling. The intended effect of this dismissal is to avoid trial on a single issue so as to allow the Court to enter a final and appealable "judgment" pursuant to Rule 54 of the

Federal Rules of Civil Procedure. The dismissal determines or implies nothing with respect to the merit of the vagueness claim.

Because of vacation schedules during August, the parties stipulate that applications for fees or expenses may be submitted on or before September 15, 2011.

The parties respectfully request the Court to approve this Stipulation by a Final Judgment Order dismissing the remaining claim without prejudice and allowing all parties to and including September 15, 2011 to submit any motion for fees or expenses.

**SO AGREED**, this 29th day of July, 2011:

Respectfully submitted,

/s/ Silas B. Taylor
Silas B. Taylor (WV ID 3712)
Senior Deputy Attorney General
Office of the Attorney General
State Capitol Complex
Building 1, Room E-26
Charleston, West Virginia 25305-0220
(304) 558-2021
*Counsel for Natalie E. Tennant, Secretary of State of West Virginia, and Gary A. Collias, William N. Renzelli, Robert Rupp and Cindy Smith, in their official capacities as members of the West Virginia State Election Commission*

/s/ Nicholas S. Preservati
Nicholas S. Preservati (WV ID 8050)
Preservati Law Offices, PLLC
Post Office Box 1431
Charleston, West Virginia 25325
(304) 346.1431
*Counsel for Scott Ash*

/s/William C. Porth
William C. Porth (WV ID 2943)
ROBINSON & MCELWEE PLLC
Post Office Box 1791
Charleston, West Virginia 25301
(304) 344-5800

Jan Witold Baran
Thomas W. Kirby
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006
(202) 719-7000
*Counsel for Center For Individual Freedom*

/s/ Randy Elf
James Bopp, Jr. (IN ID. 2838-84
Randy Elf (NY ID 2863553)
Kaylan Lytle Phillips, (OK ID 22219)
Joseph A. Vanderhulst (IN ID 28106-20)
JAMES MADISON CENTER FOR FREE SPEECH
1 South Sixth Street
Terre Haute, Indiana 47807
(812) 232-2434
*Lead Counsel for West Virginians for Life, Inc., and Zane Lawhorn*

/s/ Shirley J. Stanton
Shirley J. Stanton (WV ID 3565)
Attorney at Law
STANTON LAW FIRM
Post Office Box 968
Fairmont, West Virginia. 26555
(304) 367-0219
*Local Counsel for West Virginians for
Life, Inc., and Zane Lawhorn*

**IT IS SO ORDERED.**

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

**ENTER:**  August 3, 2011

_____
THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE

3