#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA


#### BLUEFIELD DIVISION


CENTER FOR INDIVIDUAL FREEDOM, INC.,

        Plaintiff,

v.                                    CIVIL ACTION NO. 1:08-cv-00190

NATALIE TENNANT, et al.,

        Defendants,


WEST VIRGINIANS FOR LIFE, INC.,
and ZANE LAWHORN,

        Plaintiffs,

v.                                      CIVIL ACTION NO. 1:08-cv-01133

NATALIE TENNANT, et al.,

        Defendants.


**AMENDED JUDGMENT ORDER**

On August 3, 2011, the Court entered an order dismissing without prejudice the plaintiffs' claim of vagueness in the targeting provision of W. Va. Code § 3-8-1a(24), as to which the Court denied summary judgment in the July 18, 2011, memorandum opinion and order. All remaining claims were fully and finally adjudicated in the July 18, 2011, memorandum opinion and summary

judgment order, as set forth more fully therein. Therefore, this judgment order is a final judgment pursuant to Fed. R. Civ. P. 54(b) as to all remaining claims.

    **IT IS SO ORDERED.**

    The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

    ENTER:    August 3, 2011

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE